IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA J. WINGARD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-1500 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| PENNSYLVANIA STATE POLICE, | ) | Magistrate Judge Maureen P. Kelly |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

On December 11, 2012, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On June 21, 2013, the Magistrate Judge issued a Report (Doc. 30) recommending that Defendants' Motion to Dismiss (Doc. 18) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 18**) is **DENIED**, and the Report and Recommendation of Magistrate Judge Kelly dated June 21, 2013 is hereby adopted as the opinion of the District Court.

IT IS SO ORDERED.

July 11, 2013　　　　　　　　　　　　　　　　　　s\Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　　　　　Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc (via ECF email notification):

All Counsel of Record