# EXHIBIT A

# PENNSYLVANIA STATE POLICE
# TRANSCRIPTION

| | | | |
|---|---|---|---|
| INCIDENT NO.: | C01-1038589  Tim Hooftallen | DATE OF INTERVIEW: | 12/03/10 |
| TRANSCRIBED BY: | A. Susan Buchheit (Clerk Typist 3) | PAGE 1 OF 6 | |
| PROOFED BY: | Ruth A. Defelice TAM | | |

LEGEND:

| | | | |
|---|---|---|---|
| TH | Tim Hooftallen | D1 | First 911 Dispatcher |
| D2 | Second 911 Dispatcher | | |

D1     911 what's your emergency?

TH     Yeah, I need a ambulance or someone from the cops to come up here and pick up my brother. He's going crazy.

D1     Where is this at?

TH     Uh, ▮▮▮▮ Punxsutawney,

D1     ▮▮ what lane?

TH     Uh, ▮▮ uh, it's Charles Seitz' farm

D1     S i g h t s?

TH     S i e r S i e r S e i t z (someone talking in the background) What address is this then?

D1     What's your name?

TH     (someone in background "▮▮▮▮▮▮") ▮▮▮▮▮▮▮ is the address.

D1     ▮▮▮▮▮▮e?

TH     Yep

D1     Ok and what's, uh, ▮▮▮▮▮▮ What's that?

TH     That's the address that we're at? It's a, it's like

D1     That's the address where you're at?

TH     Yeah, where he's at.

D1     That's where he's at?

TH     Yep, uh, and me, yeah

D1     Ok, and you're calling from ▮▮▮▮▮▮▮?

TH     Yep

D1     And he's at the ▮▮▮▮. What's your name?

TH     Right, Tim

D1     Last name Tim?

## PENNSYLVANIA STATE POLICE
## TRANSCRIPTION

| | |
|---|---|
| INCIDENT NO.: | C01-1038589   Tim Hooftallen |
| TRANSCRIBED BY: | A. Susan Buchheit (Clerk Typist 3) |
| PROOFED BY: | Ruth A. Defelice TAM |

DATE OF INTERVIEW: 12/03/10
PAGE 2 OF 6

TH   Hooftallen

D1   Can you tell that, spell that?

TH   H o o f t a l l e n and he's gonna be violent.

D1   Is he acting violent right now?

TH   Yea

D1   How old is he?

TH   Uh, 36

D1   36?

TH   (someone talking in background "Alright, nobody wants them.")

D1   Ok, what township's that in? Do you know?

TH   Um, Punxsutawney, er, uh, e, Gaskill.

D1   It's in

TH   It's on Route 36,

D    Ok. And he's having just some psychological issues today?

TH   Oh yeah! Big time!

D1   Ok, stay online with my partner, he's gonna ask you a few more questions for you. Ok?

TH   Are they on their way?

D2   Yeah, uh, yeah we're gonna send the police, we're gonna send, uh, an ambulance standby till the State Police get there. Ok, sir?

TH   Yep

D2   Ok, uh, does he have any weapons?

TH   He tried, uh, to kill himself about a month and a half ago.

D2   Ok, right now does he have any weapons with him? Are there any weapons in the house?

TH   No, no weapons.

D    Ok, uh, and you're not there at this time?

TH   Yeah, I'm right here. I'm in the kitchen; he's in the living room.

D2   Ok, so what address are you at right now?

TH   Uh, ▮▮▮▮▮▮▮▮▮▮

ATTACHMENT: 2
PAGE 26 OF 54

## PENNSYLVANIA STATE POLICE
## TRANSCRIPTION

| | | |
|---|---|---|
| INCIDENT NO.: | C01-1038589  Tim Hooftallen | DATE OF INTERVIEW: 12/03/10 |
| TRANSCRIBED BY: | A. Susan Buchheit (Clerk Typist 3) | PAGE 3 OF 6 |
| PROOFED BY: | Ruth A. Defelice TAM | |

D2  Ok, so

TH  Er ▮▮▮▮▮▮▮▮▮▮▮▮

D2  Ok, so you're all at ▮▮▮▮▮▮▮▮▮▮▮e?

TH  Yep.

D2  (Luke, they're all at ▮▮▮▮▮▮▮▮▮▮.) Ok, what's the ▮▮▮▮▮▮▮▮ then (someone in background saying ▮▮▮▮▮▮▮▮▮▮▮?

TH  That's, that's the, that's where all the post, mail boxes are.

D2  Ok, but he's at, he's with you right now at ▮▮▮▮▮▮▮▮▮▮▮?

TH  Yea

D2  Ok, he's, he's at that ▮▮▮▮▮▮▮ address.

TH  Yes

D2  Ok, sir, now, where's he at right now? (someone at 911 center in background - "Gaskill Township")

TH  On the couch.

D2  Ok, uh, ok, he is just being violent or is he threatening to hurt himself or anybody else?

TH  Uh, he doesn't plan on goin anywhere.

D2  Ok, but is, has he threatened any to hurt anybody?

TH  Nnn, well, he hasn't threatened anybody.

D2  Ok, has he, uh, threatened to hurt himself?

TH  Yea, he's, he's taken, has taken somethin. (sounds like might be crying)

D2  Ok, he's, he has taken somethin?

TH  Yea, some pills (sound of someone talking in background)

D2  Ok, so he is actively trying to kill himself?

TH  Well, he's not trying to kill himself he's just (someone yelling in background) trying to get high and

D2  Yeah, a

TH  gets all messed up.

D2  Ok

TH  Can you hear him?

ATTACHMENT: 2
PAGE 27 OF 54

## PENNSYLVANIA STATE POLICE
## TRANSCRIPTION

| | | |
|---|---|---|
| INCIDENT NO.: | C01-1038589   Tim Hooftallen | DATE OF INTERVIEW: 12/03/10 |
| TRANSCRIBED BY: | A. Susan Buchheit (Clerk Typist 3) | PAGE 4 OF 6 |
| PROOFED BY: | Ruth A. Defelice TAM | |

D2   Yeah, I, I can hear him

(sound of someone hollering in background).

D2   Uh, do you think this is an overdose?

TH   Um, it could be. I don't know how much he took.

D2   Ok, sir. Alrighty, uh,

(more loud talking in background "it's coming down")

D2   ok, is he completely alert and awake?

TH   Yeah

D2   Ok.

TH   He's poundin his fist right now. (A women's voice saying "Enough!")

D2   Ok

TH   He's ready to fight.

D2   Ok, sir. Is he breathing normally?

TH   You gotta get someone here quick!

D2   Ok, can, can you get everybody out of the house if you have to?

(Loud talking in background. "The kids are trying to sleep.")

TH   Well, the kids are sleepin.

D2   Well, I, I understand that sir, but we don't want him hurtin anybody especially the kids. Ok?

TH   He aint gonna hurt the kids, he's, he's just, he's just beatin up on himself.

D2   Ok. Alright sir, uh

TH   And I, I can't get him out of the house, I already tried.

D2   Ok, sir, my partner is sending the help, like I said, they're gonna be sending the State Police. The ambulance will be staging until the State Police can take care of him.

TH   Yea

D2   And subdue him or do whatever they need to do to get him to calm down. So the ambulance will be standing by, uh, just up the street. Uh, keep an eye on him.

TH   Ok

ATTACHMENT: 2
PAGE 28 OF 54

# PENNSYLVANIA STATE POLICE
# TRANSCRIPTION

| | | |
|---|---|---|
| INCIDENT NO.: | C01-1038589  Tim Hooftallen | DATE OF INTERVIEW: 12/03/10 |
| TRANSCRIBED BY: | A. Susan Buchheit (Clerk Typist 3) | PAGE 5 OF 6 |
| PROOFED BY: | Ruth A. Defelice TAM | |

D2   Ok, like I say, I mean, just, just watch him I've, you don't have to get physical with him unless you have to defend yourself or anything like that. Ok?

(Person making loud roar like noises in the background)

TH   Right

D2   Ok, uh, do you want me to hang up or do you want to stay on the line?

TH   Um, it don't matter. (Someone in the background saying "Ma, leave that on!")

D2   ??

TH   (Someone in background asking "Who are you on the phone with?) If, if you want tell, tell whoever's comin that the, I have the headlights on, on my jeep,

D2   Ok

TH   the porch lights on.

D2   Ok

TH   And (Someone asking in background "Who are you talking to?") – (TH - ??? I'm on, I'm, I'm on the phone with my ???.) (Person in background "Who are you, who are you on the phone with?")

D2   Ok, alright, we do have, we do have the State Police in route at this time. Ok?

TH   Ok

D2   Ok, do you want to stay on the line? Do you want me to stay on the line or do you, do you feel comfortable?

TH   Yeah, just in case, just in case something happens, yeah.

D2   Ok, sir. Ok, how, how big is this guy?

TH   Uh, he's, uh 6'4" and he can,

D2   He's 6'4"?

TH   yeah, he can fight. He went to, uh, karate and kung fu and all that shit, so. So, uh,

D2   Ok, your address, just to verify it one more time – it's ▮▮▮▮▮▮▮▮▮

TH   Yeah

D2   Yeah, ▮ ok, sir

TH   But, I'm at, I'm at house, uh, it seems like a apartment complex

D2   Um hum

ATTACHMENT: 2
PAGE 29 OF 54

# PENNSYLVANIA STATE POLICE
## TRANSCRIPTION

| | | |
|---|---|---|
| INCIDENT NO.: | C01-1038589   Tim Hooftallen | DATE OF INTERVIEW: 12/03/10 |
| TRANSCRIBED BY: | A. Susan Buchheit (Clerk Typist 3) | PAGE 6 OF 6 |
| PROOFED BY: | Ruth A. Defelice TAM | |

TH   I mean there's like a whole bunch of, uh, he, he rents out to us. There's a whole bunch of houses on this property, it's like a farm house.

D2   Ok, but your jeep's sitting out in front of the house they need to report to right?

TH   Yep, my jeep's sittin out front of the house,

D2   Right

TH   um, my headlights are on, uh, they ride up, uh, 36, Route 36, um, I'm standin right in front of my jeep, and they'll be able to see me.

(Someone from 911 center "███████████")

TH   But, uh, and just so you know, that, heee, thhhh, to let them know that he is a, he is one hell of a fuckin scrapper and

D2   Ok

TH   he doesn't plan on goin anywhere.

D2   Ok, sir, alright

TH   But he has, there's no weapons or anything.

D2   Ok, sir. Alrighty, uh, I'm gonna go ahead and disconnect, uh, you can call 911 back, ok if, if anything should change, you call us back here at 911 ok? And that way we can let the State Police know.

TH   Ok

D2   Alrighty

TH   Alright, thank you.

D2   Ok

TH   Bye

D2   Bye, bye