IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BARBARA J. WINGARD, individually
and as Administratrix of the Estate of
TROY ROBERT LEE HOOFTALLEN,
Plaintiff,

v.

GUY A. BATTESTILLI;
STEVEN E. JOHNSON;
PENNSYLVANIA STATE POLICE;
COMMONWEALTH OF PA; TASER®
INTERNATIONAL, INC.;
Defendants,

: Civil Action No.: 2:12-cv-01500
:
: District Judge Cathy Bissoon
: Magistrate Judge Maureen Kelly

: CIVIL ACTION – LAW
: JURY TRIAL DEMANDED

## ORDER

AND NOW, this ___ day of _____, 201_, the Plaintiff's Petition to Approve the Wrongful Death Settlement is in the amount of $150,000 is approved. The Plaintiff shall distribute the proceeds of the settlement as follows:

| | | | |
|---|---|---|---|
| a. | Fox Rothschild LLP | $ | 25,467.75 |
| b. | Dennis E. Boyle, Esq. | $ | 57,772.07 |
| c. | Barbara J. Wingard Wrongful Death recovery | $ | 16,690.05 |
| d. | Perry Hooftallen Wrongful Death recovery | $ | 16,690.05 |
| e. | Barbara J. Wingard as Administratrix of the Estate of Troy Robert Lee Hooftallen | | |

Survivors recovery             $     <u>33,380.09</u>

BY THE COURT:

_____

Cathy Bisson, Judge