IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BARBARA J. WINGARD, individually
and as Administratrix of the Estate of
TROY ROBERT LEE HOOFTALLEN,
Plaintiff,

: Civil Action No.: 2:12-cv-01500
:
: District Judge Cathy Bissoon
: Magistrate Judge Maureen Kelly

v.
GUY A. BATTESTILLI;
STEVEN E. JOHNSON;
PENNSYLVANIA STATE POLICE;
COMMONWEALTH OF PA; TASER®
INTERNATIONAL, INC.;
Defendants,

: CIVIL ACTION – LAW
: JURY TRIAL DEMANDED

## ORDER

AND NOW, this 22nd day of December, 2015, the Plaintiff's Petition to Approve the Wrongful Death Settlement is in the amount of $150,000 is approved. The Plaintiff shall distribute the proceeds of the settlement as follows:

| | | | |
|---|---|---|---|
| a. | Fox Rothschild LLP | $ | 25,467.75 |
| b. | Dennis E. Boyle, Esq. | $ | 57,772.07 |
| c. | Barbara J. Wingard Wrongful Death recovery | $ | 16,690.05 |
| d. | Perry Hooftallen Wrongful Death recovery | $ | 16,690.05 |
| e. | Barbara J. Wingard as Administratrix of the Estate of Troy Robert Lee Hooftallen | | |

| | | |
|---|---|---|
| Survivors recovery | $ | <u>33,380.09</u> |

BY THE COURT:

_s\Cathy Bissoon_____

Cathy Bisson, Judge

2